| | |
|---|---|
| 1  GUY A. ODOM, JR., ESQ. (CSBN77618) | |
|    ODOM LAW OFFICES | |
| 2  800 W. EL Camino Real, Suite 180 | |
|    Mountain View, CA.  94040 | **Signed and Filed: October 30, 2009** |
| 3  Telephone No.:  (650) 965-4400 | |
|    Facsimile No.: (650) 965-9894 | *(signature)* |
| 4  Email Address: odomlawoffices@aol.com | _____ |
| 5  Attorney for Debtor, Herbert Wong | **DENNIS MONTALI** |
|    | **U.S. Bankruptcy Judge** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                           Case No. 09-32481

    Herbert Wong,                              Chapter 11

        Debtor.

_____/

### ORDER VACATING DISMISSAL AND REINSTATING CHAPTER 11 CASE

Upon the application of Herbert Wong, the debtor herein, dated October 6, 2009, and upon the Chapter 11 petition heretofore filed herein, it is

**ORDERED** as follows:

1. The order of dismissal entered on October 5, 2009 is vacated and this case is reinstated.

2. This case was dismissed before the § 341 meeting of creditors was held.  A new claims bar deadline and § 341 meeting of creditors shall be established and notice shall be provided by the Clerk of the Court to all parties of record.

The court will treat the motion to vacate dismissal and to reinstate the chapter 11 case as a timely filed motion for extension of time to file the documents required by section 521(a) of the Bankruptcy Code.  Thus, the

1 automatic dismissal provisions of section 521(i) are not implicated. Debtor
2 shall file all of the documents required by section 521(a) no later than
3 **October 30, 2009**.

**END OF ORDER**

---
Herbert Wong, Chapter 11 Case No. 09-32481
Application For Order Vacating Dismissal And Reinstating Chapter 7 Case
-2-