C6 1646321

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

8:01 AM    JUL 25 2006

## TITLE(S) :



L E A D    S H E E T

**FEE**

| FEE $10 | F |
|---------|---|
| DAF $2  |   |
| C-20 | 2 |

**D.T.T.**

**CODE**
**20**

**CODE**
**19**

**CODE**
**9____**

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company in black ink.          **Number of AIN's Shown**

**THIS FORM IS NOT TO BE DUPLICATED**



RI G

*Prepared by: Option One Mortgage Corp.*
*& When Recorded Return to: Assn Dept.*
*American Document Services, Inc.*
*250 Commerce 2nd Floor*
*Irvine, CA 92602      PROJECT 632*
*(888)477-4780*  13 4583 DT/

**06 1646321**  2

A
G
2
E
01

**PREPARED BY:** *STEVE EMBRY*
*OPTION ONE MORTGAGE CORP.*
*3 ADA, IRVINE CA 92618*
*(949) 790-3600*

O310365581

Order No. W351446-8
Escrow No. 59696-VW
Loan No. 10659440

──────── SPACE ABOVE THIS LINE FOR RECORDER'S USE ────────

# Corporation Assignment of Deed of Trust

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to OPTION ONE MORTGAGE CORPORATION, A CALIFORNIA CORPORATION, 3 ADA, IRVINE, CA 92618
all beneficial interest under that certain Deed of Trust dated JULY 22, 2005          executed by
HERBERT WONG, AN UNMARRIED MAN

, Trustor,

to FIRST AMERICAN TITLE COMPANY, A CALIFORNIA CORPORATION
, Trustee,

and recorded as Instrument No. 05-1788136 on 7-28-2005          in book          ,
page          , of Official Records in the County Recorder's office of LOS ANGELES
County, CALIFORNIA          , describing land therein as:
LOT 106 OF TRACT NO. 53888-02, IN THE CITY OF PALMDALE, COUNTY
OF LOS ANGELES, STATE OF CALIFORNIA, AS SHOWN ON A MAP IN BOOK
1294 PAGES 37 THRU 50 OF MAPS, IN THE OFFICE OF THE COUNTY
RECORDER OF SAID COUNTY.
A.P.N. #: 3206-031-005

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon
with interest, and all rights accrued or to accrue under said Deed of Trust.

*DocMagic eForms* 800-649-1362
*www.docmagic.com*

Case: 09-32481    Doc# 87-4    Filed: 01/06/10    Entered: 01/06/10 08:17:59    Page 2 of
6
Ca.aod.1.tem

3

STATE OF CALIFORNIA     SS.
COUNTY OF LOS ANGELES

On July 25, 2005 before me,
Andrew Abaya Jr.
personally appeared Lorena Alban

personally known to me (~~or proved to me on the basis~~
~~of satisfactory evidence~~) to be the person~~(s)~~ whose
name~~(s)~~ is/~~are~~ subscribed to the within instrument and
acknowledged to me that ~~he~~/she/~~they~~ executed the same
in ~~his~~/her/~~their~~ authorized capacity~~(ies)~~, and that by
~~his~~/her/~~their~~ signature~~(s)~~ on the instrument the
person~~(s)~~, or the entity upon behalf of which the
person~~(s)~~, acted, executed the instrument.

WITNESS my hand and official seal.

Signature



ANDREW ABAYA JR.
Commission # 1408337
Notary Public - California
Los Angeles County
My Comm. Expires Mar 30, 2007

(This area for official notarial seal)

GOLDEN EMPIRE MORTGAGE

Lorena Alban
Lorena Alban / Asst. Secretary

06 1646321

CALIFORNIA CORPORATION ASSIGNMENT OF DEED OF TRUST
04/14/05                                    Page 2 of 2

DocMagic eForms 800-649-1362
www.docmagic.com

Case: 09-32481    Doc# 87-4    Filed: 01/06/10    Entered: 01/06/10 09:17:59    Page 3 of
6

Ca.aod.2.tem

This page is part of your document - DO NOT DISCARD



## 20090823613



**Pages:**
**0003**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**06/03/09 AT 08:00AM**

| | |
|---|---:|
| FEES: | 15.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 15.00 |



**L E A D S H E E T**



200906030160009

00000634607



002135727

**SEQ:**
**07**

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**

T79

E442310

Recording Requested By:
**Ron Meharg, 888-362-9638**
When Recorded Return To:
**DOCX**
**1111 Alderman Dr.**
**Suite 350**
**Alpharetta, GA 30005**

| AHMA | 647 | 33354704 |
|------|-----|----------|

**CRef#:06/08/2009-PRef#:A030-POF**
**Date:05/27/2009-Print Batch ID:5891**
**MIN #: 100055500000594409**
**MERS Telephone #: 888/679-6377**
Property Address:
**2213 CRANSHAW LANE**
**PALMDALE, CA 93551**
CAaosi-eR2.0    01/07/2009       2009(c) by DOCX LLC



06/03/2009

*20090823613*

This Space for Recorder's Use Only



## ASSIGNMENT OF DEED OF TRUST

**FOR GOOD AND VALUABLE CONSIDERATION**, the receipt and sufficiency of which is hereby acknowledged, **American Home Mortgage Servicing, Inc. as successor-in-interest to Option One Mortgage Corporation**, whose address is **6501 Irvine Center Drive, Irvine, CA 92618**, does by these presents hereby grant, bargain, sell, assign, transfer, convey, set over and deliver unto **Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2005-4 Asset-Backed Certificates, Series 2005-4**, whose address is **9062 Old Annapolis Road, Columbia, MD 21045-1951**, the following described deed of trust, securing the payment of a certain promissory note(s) for the sum listed below, together with all rights therein and thereto, all liens created or secured thereby, all obligations therein described, the money due and to become due thereon with interest, and all — —- --- rights accrued or to accrue under such deed of trust.

Original Borrower(s): **HERBERT WONG, AN UNMARRIED MAN**
Original Beneficiary: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GOLDEN EMPIRE MORTGAGE**
Date of Deed of Trust: **07/22/2005**                    Loan Amount: **$357,785.00**
Recording Date: **07/28/2005**     Document #: **05 1788136**
Misc. Comments: **ASSIGNMENT EFFECTIVE DATE 4/22/2009**
**LEGAL DESCRIPTION: LOT 106 OF TRACT NO. 53888-02, IN THE CITY OF PALMDALE, COUNTY OF LOS**
**ANGELES, STATE OF CALIFORNIA, AS SHOWN ON A MAP IN BOOK 1294, PAGES 37 THRU 50**
**OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.**
and recorded in the official records of the **County of Los Angeles**, State of **California** affecting Real Property and more particularly described on said Deed of Trust referred to herein.

**IN WITNESS WHEREOF**, the undersigned has caused these presents to be executed on this date of **05/31/2009.**

American Home Mortgage Servicing, Inc. as successor-in-interest to Option One Mortgage Corporation

**Korell Harp**
**Vice President**

State of **GA**
County of **Fulton**

On this date of **05/31/2009**, before me, *Brittany Snow*, Notary Public, personally appeared **Korell Harp**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of CALIFORNIA that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Notary Public:

**Brittany Snow**
NOTARY PUBLIC
Fulton County
State of Georgia
My Commission Expires
May 21, 2011