Entered on Docket
February 05, 2010
GLORIA L. FRANKLIN, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: February 04, 2010

_____
DENNIS MONTALI
U.S. Bankruptcy Judge
_____

1 KATHERINE JOHNSON (CA SBN 259854)
CASPER J. RANKIN (CA SBN 249196)
2 JOSEPH C. DELMOTTE (CA SBN 259460)
PITE DUNCAN, LLP
3 4375 Jutland Drive, Suite 200
P.O. Box 17933
4 San Diego, CA 92177-0933
Telephone: (858) 750-7600
5 Facsimile: (619) 590-1385

Attorneys for WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2005-4 ASSET-BACKED CERTIFICATES, SERIES 2005-4

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HERBERT WONG ,<br><br><br><br><br><br><br>Debtor(s). | Case No. 09-32481-DM<br><br>Chapter 7<br><br>R.S. No. KLJ-876<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE: January 21, 2010<br>TIME:  9:30 a.m.<br>CTRM:  22<br><br>United States Bankruptcy Court<br>235 Pine Street, 19th Floor<br>San Francisco, CA 94104 |

The above-captioned matter came on for hearing on January 21, 2010 at 9:30 a.m. in courtroom 22, upon the Motion of Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2005-4 Asset-Backed Certificates, Series 2005-4  ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Herbert Wong ("Debtor") commonly known as 2213 Cranshaw Lane, Palmdale, California  93551 (the "Real Property"), which is legally described as follows:

- 1 -

1 | LOT 106 OF TRACT NO. 53888-02, IN THE CITY OF PALMDALE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS SHOWN ON A MAP IN BOOK 1294 PAGES 37 THRU 50 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

APN #: 3206-031-005

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust, and pursuant to applicable state law;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtor fails to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6. Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case; and

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

\*\* END OF ORDER \*\*

**COURT SERVICE LIST**

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Herbert Wong
1421 Cabrillo Avenue
Burlingame, CA 94010-4708

Guy A. Odom, Jr.
Law Offices of Guy A. Odom, Jr.
800 W. El Camino Real, #180
Mountain View, CA 94040
Debtor Attorney

Janina M. Elder
P.O. Box 158
Middletown, CA 95461
Chapter 7 Trustee

U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

- 3 -