**Entered on Docket**
**May 04, 2010**
**GLORIA L. FRANKLIN, CLERK**
**U.S BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Signed and Filed: April 30, 2010**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Timothy J. Silverman, Esq.
Bar No. 145264
Solomon, Grindle, Silverman
& Wintringer
A Professional Corporation
12651 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-8500
Facsimile: (858) 793-8263
Email: tim@sgsslaw.com

Attorneys for Secured Creditor/
Moving Party America's Servicing
Company duly authorized servicing
agent for U.S. Bank National
Association (Formerly known as,
Wachovia Bank, N.A.), as Trustee
For GSAA Home Equity Trust 2005-11
its successors and/or its assigns

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>HERBERT WONG,<br><br>Debtor. | Case No: 09-32481-DM<br><br>RS No: TJS-730<br><br>Chapter 7 |
| AMERICA'S SERVICING COMPANY duly authorized servicing agent for U.S. BANK NATIONAL ASSOCIATION (FORMERLY KNOWN AS, WACHOVIA BANK, N.A.), AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-11 its successors and/or its assigns,<br><br>Movant,<br>-vs-<br><br>HERBERT WONG; JANINA M. ELDER, Chapter 7 Trustee,<br><br>Respondents. | ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>Date: April 29, 2010<br>Time:9:30 a.m.<br>Ctrm: 22<br><br>The Courtroom of the Honorable Dennis Montali |

On April 29, 2010, at 9:30 a.m., in Courtroom 22 of the above-entitled Court, the Motion of Secured Creditor, AMERICA'S SERVICING COMPANY duly authorized servicing agent for U.S. BANK NATIONAL ASSOCIATION (FORMERLY KNOWN AS, WACHOVIA BANK,

N.A.), AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-11 its successors and/or its assigns ("Movant") for Relief From Automatic Stay, came on regularly for hearing. Timothy J. Silverman, Esq., appeared on behalf of Movant. Other appearances were as noted on the record.

Upon review of Movant's Motion, there being no opposition thereto, having heard oral arguments of counsel, and with good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. Movant is granted immediate relief from the automatic stay to take any and all actions, including but not limited to, foreclosure and sale, to enforce its lien on real property located at 10002 Fieldthorn Street, San Diego, California 92127, and legally described in Exhibit "A", incorporated herein;

2. That the requirements of Bankruptcy Rule 4001(a)(3), be waived;

3. Upon foreclosure, in the event that the Debtor fails to vacate said property, Movant may proceed in State Court for unlawful detainer.

***END OF ORDER***



Case: 09-32481 Doc# 130 Filed: 04/30/10 Entered: 05/04/10 14:38:33 Page 2 of 4

EXHIBIT "A"

nterest as tenant in common in and to the Common Area within the Phase in An undivided fractional

A Condominium Comp

ove is located equal to the reciprocal of the number of which the residential unit described in Parcel 1 a

A Condominium Unit composed of the

residential units within that phase. the Common Area within the

Condominium Plan.

according to Map Thereof No. 14356, filed with the in the County of San Diego, State of Californ

2002. County Recorder of San Diego County, California, on May 17,

Reserving from Parcel 2 all rights and easements for set forth in the Master Declaration

Declaration and supplementary Declaration, including, but not limited to the easements for ingress, egress and general utility purposes and grantor's right and easements to construct and market

Parcel 1:

es and construct related improvements.

Residential Unit No.

Parcel 3:

12, as shown upon the Condominium Plan for County of San Diego Tract No.

recorded November 26, 2002 as File No. 2002-1068106, of Official Records of San Diego

s association property now or hereafter owned by the Non-exclusive appurtenant easements in and to th

County, California (the "Condominium Plan"), being a portion of Lot 1 of County of San Diego Tract No.

on, a California Nonprofit Mutual Benefit Corporation Tanglewood & Summerwood Associat

Association Property" is defined in the Declaration. Use of ("Association") as set forth in the Declaration.

6356-1, in the County of San Diego, State of California, according to Map Thereof No. 14356, filed with

nditions of the "Deed and Declaration establishing private streets and drives is subject to the terms and co

No. 2002-0670297 of Official Records of San access easement rights reserved August 8, 2002 as Fi

17, 2002 the County Recorder of San Diego County on May

Diego County, California."

Parcel 4:

Parcel 2:

The exclusive right to use any Exclusive Use Area shown on the Condominium Plan as being

appurtenant to the residential unit described in Parcel 1 above

onal interest as tenant in common in and to the Common Area within the Phase in An undivided fract

escribed in Parcel 1 above is located equal to the reciprocal of the number of which the residential unit d

Parcel 5:

a within that phase is shown and defined on the residential units within that phase. the Common Are

The non-exclusive right to use any side yard access area which is appurtenant to the residential unit

Condominium Plan.

# COURT SERVICE LIST

In re: Herbert Wong
Bankruptcy Case No.: 09-32481-DM
RS No.: TJS-730

**Debtor**
Herbert Wong
1421 Cabrillo Avenue
Burlingame, CA 94010

**Attorney for Debtor**
Guy A. Odom, Jr., Esq.
800 W. El Camino Real #180
Mountain View, CA 94040

**Chapter 7 Trustee**
Janina M. Elder
P.O. Box 158
Middletown, CA 95461

**Attorney for Chapter 7 Trustee**
Reidun Stromsheim, Esq.
201 California Street, #350
San Francisco, CA 94111

Office of the United States Trustee/SF
235 Pine Street, Suite 700
San Francisco, CA 94104

4S Ranch Master Association
c/o The Judge Law Firm
19900 MacArthur Boulevard, Suite 500
Irvine, CA 92612

Raymond K. Wong